**No. 09-8140. Mark Rene Flores, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 976, 130 S. Ct. 1693, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2016.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8143. Manuel Joseph Hernandez, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 976, 130 S. Ct. 1693, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2098.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8145. Kenneth B. Malpass, Petitioner v. Judith C. Powelson.**

559 U.S. 976, 130 S. Ct. 1693, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2145.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-8146. George P. Minter, Petitioner v. Indiana.**

559 U.S. 976, 130 S. Ct. 1693, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2165.

March 1, 2010. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

**No. 09-8149. Toney Cole, Petitioner v. Illinois.**

559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2181.

March 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 388 Ill. App. 3d 1136, 367 Ill. Dec. 608, 982 N.E.2d 286.

**No. 09-8150. Bobby Joe Davis, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2153.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8152. Allen Fitzgerald Calton, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

559 U.S. 976, 130 S. Ct. 1732, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2044.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8155. Broderick White, Petitioner v. State Farm Insurance Company.**

559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2067.

March 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8156. Kenneth Lee Weinberg, Petitioner v. Florida.**

559 U.S. 976, 130 S. Ct. 1694, 176 L. Ed. 2d 188, 2010 U.S. LEXIS 2125.

March 1, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, First District, denied.

Same case below, 18 So. 3d 1042.